IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

**v.**             **CASE NO. 4:12-CR-00046-01 BSM**

**DERIK REMON LEWIS**                                 **DEFENDANT**

## ORDER

Defendant Derik Lewis's motion for early termination of his supervised release [Doc. No. 35] is granted pursuant to 18 U.S.C. § 3583(e)(1) because he has completed at least 18 months of his 36-month sentence of supervised release, he has demonstrated overall progress in meeting supervision objectives, and it is recommended by the United States Probation and Pretrial Services Office.

IT IS SO ORDERED this 13th day of December 2017.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE